UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/30/2023 |
| Plaintiff, | 1:23-cv-3736 (MKV) |
| -against- | ORDER OF DISMISSAL |
| X MONDO HAIR, LLC, | |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by the parties that they have reached a settlement in principle [ECF No. 11]. As such, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore is made by October 10, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date:  August 30, 2023
          New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**